Unsealed 11-27-13
~~SEALED~~

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

CORPUS CHRISTI DIVISION

Clerk, U.S. District Court
Southern District of Texas
FILED

NOV 2 0 2013

David J. Bradley, Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § § | CRIMINAL NUMBER: |
| HECTOR JAVIER VILLARREAL HERNANDEZ | § § § | C-13-1075 |
| JORGE JUAN TORRES LOPEZ | § | |

## NOTICE OF RELATED CASES

COMES NOW the United States of America through Kenneth Magidson, United States Attorney in and for the Southern District of Texas, and files the following NOTICE OF RELATED CASES.

The following cases are related to the instant case:

### Criminal Cases

*U.S. vs. Guillermo Flores Cordero and Leticia Maria Galan Villalobos*
In the Southern District of Texas, Corpus Christi Division
Criminal No. C-13-CR-718
Judge Nelva Gonzales
Status: Awaiting trial on December 9, 2013

### WDTX Civil Forfeitures:

*U.S. v. Real Property Known as an Exxon Service Station/Convenience Store at 4425 E. 14th Street, Brownsville, Texas*
Civil No. SA-12-CV-377-FB
Value $1,132,128.00

*U.S. v. Real Property Known as Peninsula Island Resort and Spa at 340 South Padre Island Blvd., Unit 602, Building B, South Padre Island, Texas*
Civil No. SA-12-CV-379-OG
Value $280,797.00

1

*U.S. v. Real Property Known as an Apartment Complex Located at 3454 Boca Chica Blvd., Brownsville, Texas*
Civil No. SA-12-CV-373-FB
Value $799,958.00

*U.S. v. Real Property Known as Javi's Carwash Located at 1317 W. Tyler, Harlingen, Texas*
Civil No. SA-12-CV-374-FB
Value $307,503.00

*U.S. v. Real Property Known as Javi's Carwash Located at 5215 South Padre Highway, Brownsville, Texas*
Civil No. SA-12-CV-375-FB
Value $309,801.00

*U.S. v. Real Property Known as a Single-family Residence Located at 740 S. Central Ave., Brownsville, Texas*
Civil No. SA-12-CV-372-FB
Value $62,495.9

*U.S. v. Real Property Known as a Strip/Shopping Center Located at 3454 Boca Chica Blvd., Brownsville, Texas*
Civil No. SA-12-CV-382-XR
Value $361,147.00

*U.S. v. Real Property Known as White Orchid Apartment Complex Located at 3480 Boca Chica Blvd., Brownsville, Texas*
Civil No. SA-12-CV-378-FB
Value $434,734.00

*U.S. v. Real Property Known as a Single-family Residence and Adjacent Lot Located and Situated at 3911 Luz Del Faro, San Antonio, Bexar County, Texas*
Civil No. SA-12-CV-383-FB
Value $1,355,970.00

*U.S. v. Real Property Known as the North Pointe Strip/Shopping Center, More Fully Described as Lots 42, 43, 44, and 45, Block 6, New City Block 17586, San Antonio, Bexar County, Texas*
Civil No. SA-12-CV-381-OG
Value $6,324,570.00

*U.S. v. Real Property Known as CVS Store No. 8978 and Adjacent Vacant Lots Located and Situated at 20203 Stone Oak Parkway, San Antonio, Bexar County, Texas*

Civil No. SA-12-CV-376-OG
Value $3,943.810.00

*U.S. v. Real Property Known as Centurion Storage, a High Rise Mini-storage Facility Located and Situated at 2310 North Loop 1604 West, San Antonio, Bexar County, Texas*
Civil No. SA-12-CV-380-FB
Value $6,560.000.00

*U.S. v. $1,214,232.59 seized from JP Morgan Chase Acct.*
Civil No. SA-12-CV-912-FB
Value $1,214,232.59

**SDTX Civil Forfeitures**:

*U.S. v. All Funds on Deposit at Sun Secured Advantage Account Number 26-2673-031320 Held at The Bank of N.T. Butterfield and Son Limited in Bermuda*
Civil No. C-13-CV-033
Value $2,275,544.41

*U.S. v. All Funds on Deposit at Old Mutual of Bermuda, Ltd. Contract Number CX4011696 in Bermuda*
Civil No. C-13-CV-294
Value $2,762,066.00

      These cases are the product of an investigation by agents from the Drug Enforcement Agency and Internal Revenue Service.

      Respectfully submitted,

KENNETH MAGIDSON
UNITED STATES ATTORNEY

By: _____
JULIE K. HAMPTON
Assistant United States Attorney